UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:17-CV-00278-KKC

In Re: 4795 Grundy Road, Somerset, KY 42501

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                              ORDER

DELLA M. VANOVER,
UNKNOWN SPOUSE OF DELLA M. VANOVER,
NEW BROS. FUNERAL HOME, INC. D/B/A LANGE and
NEW BROTHERS FAMILY FUNERAL HOME, INC.,
                                                            DEFENDANTS

Samuel B. Castle, Jr., having been appointed to serve as Warning Order Attorney for the defendants, Della M. Vanover and The Unknown Spouse of Della M. Vanover, in this action, having filed his report and this court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Hon. Samuel B. Castle, Jr. is discharged of all further duties in this matter;

2. The Warning Order Report be reviewed and accepted;

3. Hon. Samuel B. Castle, Jr. is hereby awarded a reasonable attorney fee in the amount of $250.00 for his services rendered as Warning Order Attorney in the above styled case, plus reimbursement of expenses in the amount of fifty dollars and four cents ($50.04).

4. The Federal Identification Number for Millward & Castle, PLLC is 02-0658338.

DISTRIBUTION:

A. George Mason, Jr.
george@georgemasonlf.com

Anthony Charles Donahue
acdonahue@donahuelawgroup.com

Samuel B. Castle, Jr.
millsuz@barbourville.com, ssaunders@millwardandcastle.com

/sms