**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:17-cv-278-KKC**
*Filed Electronically*

**In re:  4795 Grundy Road, Somerset, KY 42501**

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.

DELLA M. VANOVER

UNKNOWN SPOUSE OF
DELLA M. VANOVER

NEW BROS. FUNERAL HOME, INC.
D/B/A LANGE AND NEW
BROTHERS FAMILY FUNERAL
HOME, INC.,                                                              DEFENDANTS

**ENTRY OF DEFAULT**
**\*\*\*\*\*\*\*\*\***

It appearing that the complaint herein was filed on October 10, 2017; the Defendants, Della M. Vanover and the Unknown Spouse of Della M. Vanover, have been served via appointment of Warning Order Attorney, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Della Vanover and the Unknown Spouse of Della M. Vanover, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 29th day of ___March___ 2018.

ROBERT C. CARR
U. S. DISTRICT COURT CLERK
By: _____s/Renee Bundy_____
      Deputy Clerk

1